IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DERRICK FITZGERALD | § | |
| V. | § | CIVIL ACTION NO. 6:06CV123 |
| CATHY LINDEMANN, ET AL. | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore

ordered that this matter be referred to the United States Magistrate Judge for proper consideration.

Having received the report of the United States Magistrate Judge pursuant to its order, and no

objections thereto having been timely filed, this Court is of the opinion that the findings and

conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of

the Court.  It is therefore,

**ORDERED** that the above-styled case shall be and is hereby **DISMISSED WITH**

**PREJUDICE**  from the docket of this Court.

All motions by either party not previously ruled on are hereby **DENIED**.

 **So ORDERED and SIGNED this 31st day of May, 2006.**



_____

 **LEONARD DAVIS**
 **UNITED STATES DISTRICT JUDGE**